**E-FILED**
Friday, 07 August, 2009  05:45:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEPHEN WRIGHT, on behalf of himself and all other persons similarly situated, | ] ] ] | CASE NO. 2:09-cv-02103-MPM-DGB |
| *Plaintiffs*, | ] ] | |
| v. | ] ] | JURY TRIAL DEMANDED |
| NETWORK ENGINEERING TECHNOLOGIES, INC., | ] ] ] | |
| *Defendant*. | ] ] | |

**PLAINTIFFS' AUGUST 7, 2009 NOTICE OF FILING CONSENT**

Pursuant to 29 U.S.C. § 216(b), the following individual hereby submits a written

Notice of Consent:

1.      Jeffery Neil Holland.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

**/S/ Richard J. Burch**
By:_____
Richard J. Burch
State Bar No. 24001807
S.D. of Texas No. 21615
1415 Louisiana St., Suite 2125
Houston, Texas  77002
Telephone:  (713) 877-8788
Telecopier:  (713) 877-8065

**AND**

**Werman Law Offices, PC**

Douglas M. Werman
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/S/ Richard J. Burch**
_____
Richard J. Burch

## CERTIFICATE OF SERVICE

A copy of Plaintiffs' August 7, 2009 Notice of Filing Consent was served on all parties via the Court's electronic filing system.

**/S/ Richard J. Burch**
_____
Richard J. Burch

IN RE: FLSA CLAIMS AGAINST:      ]    COLLECTIVE ACTION

                                  ]

N.E.T.                               ]

                                  ]    **NOTICE OF CONSENT**

                                  ]

I consent to be a party plaintiff in an action to collect unpaid wages.  I agree to be bound by the Professional Services Agreement with Bruckner Burch PLLC.

Signature

JEFFERY NEIL HOLLAND
Full Legal Name (print)

Exhibit 1